UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 19-cr-0249 (WMW/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| Antonio Tedell Hammonds-Ford, | |
| Defendant. | |

---

This matter is before the Court on Defendant Antonio Tedell Hammonds-Ford's unopposed motion for continuance of the trial date and exclusion of time under the Speedy Trial Act. (Dkt. 67.) Defendant seeks to exclude 30 days from the calculation conducted under the Speedy Trial Act because "the parties [are] attempting to resolve the case."

The Court has carefully reviewed Hammonds-Ford's motion. In light of the present circumstances, including the parties' efforts to resolve this case, the Court finds that the failure to exclude time to allow for the parties' possible resolution would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Therefore, the ends of justice served by continuing the trial date outweigh the interest of the public and Defendant's right to a speedy trial under Title 18, United States Code, Section 3161(h)(7)(A).

Based on the foregoing analysis, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Defendant Antonio Tedell Hammonds-Ford's motion to continue the trial date for 30 days and to exclude time under the Speedy Trial Act, (Dkt. 67), is **GRANTED**.

2. The time period from **August 28, 2020 through September 27, 2020**, shall be excluded from the calculation of days within which trial must commence pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

Dated:  September 2, 2020                              s/Wilhelmina M. Wright
                                                                          Wilhelmina M. Wright
                                                                          United States District Judge

2